**Huicong LIANG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 12–72812.**

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2014.*

Filed April 11, 2014.

Thomas Ogden, Counsel, Law Offices of Thomas Ogden, Alhambra, CA, for Petitioner.

Linda Y. Cheng, Trial, OIL Timothy Bo Stanton, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

MEMORANDUM **

Huicong Liang, a native and citizen of China, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, applying the standards governing adverse credibility determinations created by the REAL ID Act. *Shrestha v. Holder,* 590 F.3d 1034, 1039 (9th Cir. 2010). We deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on the inconsistency between Liang's Mexican work visa, which was renewed in 2006, and his testimony that he fears Chinese officials in Mexico and has not returned to Mexico since 2003. *See id.* at 1046–47 ("Although inconsistencies no longer need to go to the heart of the petitioner's claim, when an inconsistency is at the heart of the claim it doubtless is of great weight."). The agency was not compelled to accept Liang's explanation for

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Thus, we deny Liang's request for oral argument.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

this inconsistency. *See Zamanov v. Holder*, 649 F.3d 969, 974 (9th Cir.2011). In the absence of credible testimony, Liang's withholding of removal claim fails. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.